# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-1 | 9619651 | PHILLIPS | 3469 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 12 29 2019  1117
Offense Charged: ☒ USC
Title 18 Section 7 and 13

Place of Offense: Belleau Wood Ave Adj B614 MCRD

Offense Description: Factual Basis for Charge
CVC 22350 Basic Speed Law  33 mph / 20 zone

### DEFENDANT INFORMATION
Last Name: KATZMAN
First: RICHARD
MI: L

Tag No: 8ADL617
State: CA
Year: 2017
Make/Model: TAURUS
Color: BLUE

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 80.00  Forfeiture Amount
+ $30  Processing Fee
$ 110.00  Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 333 W BROADWAY SAN DIEGO CA 92101

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9619651*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 29 December, 20 19 while exercising my duties as a law enforcement officer in the Southern District of California.

see attached

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/29/2019
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident